**BALIVI CHEMICAL CORPORATION,**
**Plaintiff–Appellant,**

v.

**CHEMICAL SUPPLY COMPANY,**
**INC., Defendant–Appellee.**

No. 05–1503.

United States Court of Appeals,
Federal Circuit.

Dec. 13, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).